OPINION — AG — IT IS THEREFORE THE OPINION OF THE ATTORNEY GENERAL THAT YOU ARE CORRECT IN YOUR VIEW AS TO THE EXEMPTION OF SAID PROPERTY INVOLVED, AND ALL PROPERTY TO WHICH LEGAL TITLE IS IN A MUNICIPALITY IS EXEMPT FROM TAXES WITHOUT REGARD TO THE USE BEING MADE OF IT UNDER ARTICLE X, SECTION 6 OF THE OKLAHOMA CONSTITUTION, AND 68 O.S. 1965 Supp., 2405 [68-2405] (SAM HELLMAN) ** SEE: OPINION NO. 68-374 (1968) **